UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHAITRI HAPUGALLE,  )  )  )  Plaintiff,  )  )  v.  )  )  MARK RADDATZ, *et al.*,  )  )  Defendants.  )  ) | Civil Action No. 14-cv-1696 (TSC) |

### ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Plaintiff's amended motion for reconsideration (ECF No. 17) is GRANTED; and it is further

**ORDERED** that the Court's Order of April 15, 2015 dismissing the complaint without prejudice is vacated; and it is further

**ORDERED** that the Court's Opinion of April 15, 2015 is vacated in part as to Section III.C only, which held that dismissal of Plaintiff's complaint, rather than additional time to attempt to perfect service, was proper; and it is further

**ORDERED** that this case is remanded to D.C. Superior Court; and it is further

**ORDERED** that the following motions are DENIED as moot: Plaintiff's motion for reconsideration (ECF No. 16); Plaintiff's motion for an extension of time to further amend the motion for reconsideration (ECF No. 19); Plaintiff's motion to seal medical evidence (ECF No. 21); Plaintiff's motion for an extension of time to further amend the motion for reconsideration

and the complaint (ECF No. 22); Plaintiff's motion for leave to file a second amended complaint (ECF No. 24); and Plaintiff's motion for an extension of time or a stay (ECF No. 26).

The Clerk of Court is directed to mail a copy of this Order and the accompanying Memorandum Opinion to Plaintiff at 3014 Dent Place, NW, Apt. 24E, Washington, D.C., 20007.

Date:  July 16, 2015

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge